UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of July, two thousand twenty-five.

Before:     Steven J. Menashi,
                  *Circuit Judge.*

_____

| | |
|---|---|
| Bainbridge Fund LTD, | **ORDER** |
|     Plaintiff - Appellee, | Docket No. 25-1686 |
| v. | |
| The Republic of Argentina, | |
|     Defendant - Appellant. | |

_____
_____

| | |
|---|---|
| Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., | |
|     Plaintiffs - Appellees, | Docket No. 25-1687 |
| v. | |
| Argentine Republic, | |
|     Defendant – Appellant. | |

_____
_____

| | |
|---|---|
| Eton Park Capital Management, L.P., et al. | |
|     Plaintiffs - Appellees, | Docket No. 25-1689 |
| v. | |
| Argentine Republic, | |
|     Defendant – Appellant. | |

_____

In each of the above-captioned appeals, Appellant moves for a stay pending the appeal of the District Court's Turnover Order dated June 30, 2025, and seeks an administrative stay in the interim. Appellees have indicated they oppose the motion for a stay pending appeal, but do not oppose the entry of a temporary administrative stay to permit orderly briefing and consideration of the stay motion.

IT IS HEREBY ORDERED that the Court grants a temporary administrative stay of the District Court's Turnover Order pending the resolution of the stay motion by a three-judge panel. Appellees shall file opposition to the motion by July 17, 2025, and Appellant shall file a reply by July 22, 2025. The stay motion will be submitted to the next available panel thereafter.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court