NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Eton Park Capital Management, L.P. v. Argentine Republic    Docket No.: 25-1689

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Benjamin H. Torrance

Firm: U.S. Attorney's Office, Southern District of New York

Address: 86 Chambers Street, Third Floor, New York, NY 10007

Telephone: 212-637-2703    Fax: 212-637-2702

E-mail: benjamin.torrance@usdoj.gov

**Appearance for:** The United States of America
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: the Argentine Republic _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on Jan. 3, 2025    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Benjamin H. Torrance

Type or Print Name: Benjamin H. Torrance