# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of September, two thousand twenty-five.

Before:     Steven J. Menashi,
                  *Circuit Judge.*

_____

| | |
|---|---|
| Bainbridge Fund LTD, | **ORDER** |
|      Plaintiff - Appellee, | |
| | Docket No. 25-1686 |
|   v. | |
| The Republic of Argentina, | |
|      Defendant - Appellant. | |

_____

| | |
|---|---|
| Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., | |
|      Plaintiffs - Appellees, | Docket No. 25-1687 |
|   v. | |
| Argentine Republic, | |
|      Defendant – Appellant. | |

_____

| | |
|---|---|
| Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., Eton Park Fund, L.P., | |
|      Plaintiffs - Appellees, | Docket No. 25-1689 |
|   v. | |
| Argentine Republic, | |
|      Defendant – Appellant. | |

_____

     Appellees move to expedite these appeals.

     IT IS HEREBY ORDERED that the motions are GRANTED. Appellees' response briefs are due by November 14, 2025 and any reply briefs are due by December 12, 2025. Argument will be scheduled on an expedited basis, subject to the approval of the presiding Judge.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court