**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of April, two thousand twenty-six.

## PER CURIAM ORDER*

| | |
|---|---|
| *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, | 25-1687-cv |
| *Eton Park Capital Management v. Argentine Republic*, | 25-1689-cv |
| *Petersen Energía Inversora, S.A.U. v. Argentine Republic v. Republican Action for Argentina, Inc.*, | 25-576-cv |
| *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, | 25-2362-cv |
| *Eton Park Capital Management v. Argentine Republic*, | 25-2363-cv |
| *Petersen Energía Inversora, S.A.U. v. Y.P.F. S.A.*, | 25-2629-cv & 25-2901-cv |
| *Eton Park Capital Management v. Y.P.F. S.A.*, | 25-2630-cv & 25-2904-cv |

On March 27, 2026, a panel of this Court published an opinion reversing the district court judgment underlying all of the above-referenced appeals, many of which are scheduled to be argued on April 16, 2026. *See Petersen Energia Inversora S.A.U. v. Argentine Republic*, -- F.4th --, No. 23-7370, 2026 WL 850349 (2d Cir. Mar. 27, 2026). As a result, some or all of the above-captioned appeals may be moot. *See id.* at *5 n.6 ("Our decision thus may render moot some or all of the pending appeals of the district court's orders related to turnover and post-judgment discovery, some of which have already been stayed pending resolution of these appeals on the merits.").

Accordingly, it is hereby ORDERED that all parties in the above-captioned cases shall each submit a single supplemental letter brief no longer than 8 double-spaced pages by Wednesday, April 8, 2026, to this Court.

---

* The members of the merits panel will be disclosed at a later date.

In those supplemental briefs, the parties shall indicate whether the appeals to which they are parties should be dismissed as moot. If any party believes that an appeal should not be dismissed as moot, they should explain why.

For The Court:
Catherine O'Hagan Wolfe, Clerk of Court